**Order entered April 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00265-CV

### JOHN T. JENKINS, Appellant

### V.

### LINDSAY L. LAMBERT, CHERYL R. WORLEY, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04402**

## ORDER

The Court has before it appellee Cheryl R. Worley's April 1, 2013 motion to dismiss appeal for lack of jurisdiction.  The Court **DENIES** the motion at this time.


/s/     ELIZABETH LANG-MIERS
        JUSTICE